Certificate Number: 05781-NV-DE-041351417

Bankruptcy Case Number: 26-14543

05781-NV-DE-041351417

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 20, 2026, at 8:54 o'clock PM PDT, Adrian Michel Diaz Rodriguez completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of Nevada.

Date: August 20, 2026

By: /s/Allison M Geving

Name: Allison M Geving

Title: President